**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 11-7107**

—————————

STEVEN TODD ASHWORTH,

              Petitioner - Appellant,

        v.

DAVID BERKEBILE, Warden,

              Respondent - Appellee.

—————————

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.   Irene C. Berger, District Judge. (5:09-cv-01106)

—————————

Submitted: January 31, 2012        Decided: February 2, 2012

—————————

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Steven Todd Ashworth, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Todd Ashworth, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. See Ashworth v. Berkebile, No. 5:09-cv-01106 (S.D.W. Va. Aug. 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED